Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:19-po-00262-JDP |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| KURT J. SWENSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Kurt Swenson, by and through his attorney of record, Assistant Federal Defender Hannah Labaree, that the status conference in the above-captioned matter set for November 19, 2019 be continued to December 17, 2019 at 10:00 a.m. The Government is in the process of transmitting additional discovery to the Federal Defender's Office. The parties request the additional time for production and review of the additional discovery.

Dated: November 11, 2019 /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: November 11, 2019 /S/ Hannah Labaree
Hannah Labaree
Assistant Federal Defender for
Kurt J. Swenson

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the November 19, 2019, status conference for Kurt Swenson, Case 6:19-po-0262-JDP, is continued to December 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:    November 12, 2019    

UNITED STATES MAGISTRATE JUDGE