HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE,#294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Hannah_Labaree@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
KURT SWENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-po-0262-JDP |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) BRIEFING SCHEDULE |
| v. | ) Date: April 29, 2020 |
| KURT SWENSON, | ) Time: 10:00 a.m.<br>) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT, and Chief Assistant Federal Defender HANNAH LABAREE, attorney for defendant Kurt Swenson, that the Court continue the March 11, 2020 motion hearing to April 29, 2020 at 10:00 a.m.

Briefing schedule will be as follows:

Motion to be filed by March 10, 2020

Government's response due by April 7, 2020

Plaintiff's reply, if any due by April 14, 2020

/ / /

/ / /

DATED: January 27, 2020                              Respectfully submitted,

-1-

|   |   |
|---|---|
|   | HEATHER WILLIAMS<br>Federal Defender |
|   | /s/*Hannah Labaree*<br>HANNAH LABAREE<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>Kurt Swenson |
| Dated: January 27, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Legal Officer |

ORDER

It is hereby ordered that the March 11 motion hearing be continued to April 29, 2020, at 10:00 a.m., with the briefing schedule set forth above in Case No. 6:19-po-0262-JDP.

IT IS SO ORDERED.

Dated:   January 28, 2020

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE