HEATHER E. WILLIAMS, #122664
Federal Defender
Benjamin A. Gerson NY BAR #5505144
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
2300 Tulare St.
Suite 330
Fresno, CA 93721
Tel: 559-487-5561   Fax: 559-487-5950

Attorneys for Defendant
KURT SWENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 6:19-PO-00262-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: March 11, 2020 |
| KURT SWENSON | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT, and Assistant Federal Defender BENJAMIN GERSON, attorney for defendant KURT SWENSON, that the Court continue the status conference set for March 11, 2020 until March 31, 2020 at 10:00 a.m.

The parties have reached a settlement in the case and anticipate a change of plea on that date.

///

///

///

///

///

///

-1-

| | | |
|---|---|---|
| 1 | Dated: March 10, 2020 | Respectfully submitted, |
| 2 | | HEATHER WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Benjamin Gerson<br>BENJAMIN GERSON<br>Assistant Federal Defender |
| 5 | | |
| 6 | | |
| 7 | Dated: March 10, 2020 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT |
| 8 | | Legal Officer |

ORDER

For the reasons set forth above, it is hereby ordered that the March 11, 2020 initial appearance be continued to March 31, 2020 at 10:00am.

IT IS SO ORDERED.

Dated:   March 13, 2020                                        _____
                                                                                UNITED STATES MAGISTRATE JUDGE